# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY HOSMER,
Petitioner,
vs.
THE STATE OF NEVADA; AND
WARDEN, ELY STATE PRISON,
Respondents.

No. 71878

FILED

JAN 12 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

Petitioner Jeffrey Hosmer has filed a postconviction petition for a writ of habeas corpus. We decline to entertain the petition as it must be filed in the district court in the first instance. *See* NRAP 22; NRS 34.738. To the extent that the petition challenges a district court decision on a postconviction petition for a writ of habeas corpus, such a decision is appealable, NRS 34.575(1), and petitioner cannot seek writ relief in this court to correct the failure to pursue an appeal, *see Pan v. Eighth Judicial Dist. Court*, 120 Nev. 220, 224-225, 88 P.3d 840, 841 (2004) (explaining in context of writ of mandamus that "writ relief is not available to correct an untimely notice of appeal"); NRAP 22 ("If an application [for habeas relief]

17-01205

is made to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ."). Accordingly, we

ORDER the petition DENIED.[1]

_____ , J.
Douglas

_____ , J.
Gibbons

_____ , J.
Pickering

cc: Jeffrey Hosmer
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]The motion to extend the prison copywork limit is denied as moot.